**Bill HUBBARD, individually and doing business as Bill Hubbard & Associates, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 2008–5062.**

United States Court of Appeals, Federal Circuit.

March 16, 2009.

Stephen L.R. McNichols, McNichols Beers LLP, of Pleasanton, CA, argued for plaintiff-appellee.

Kenneth M. Dintzer, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief was Jeanne E. Davidson, Director.

Before NEWMAN, FRIEDMAN, and MAYER, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.